| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jeffrey V. Hernandez (180165)<br>HERNANDEZ LEGAL GROUP<br>595 E. Colorado Blvd., Suite 411<br>Pasadena, CA 91101<br>(626) 737-1305 Office<br>(626) 888) 275-8329<br>jhernandez@hernandezlegalgroup.com<br><br>*Attorney for Plaintiff* Debtor/Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: RENTIA FERRIS-NORMAN<br><br>Debtor. | CHAPTER  11<br><br>CASE NUMBER  2:11-bk-46319-BR<br><br>ADVERSARY NUMBER |
|---|---|
| RENTIA FERRIS-NORMAN<br><br>Plaintiff(s),<br><br>vs.<br><br>AMERICAS SERVICING CO., AURORA LOAN, et. al.<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|

☐ 255 East Temple Street, Los Angeles          ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills     ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                                          F 7004-1

| In re: Renita ENDRELL Ferris-Norman | Debtor(s). | CHAPTER 11 |
|---|---|---|
| | | CASE NUMBER 2:11-bk-46319-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

595 E. Colorado Blvd. Suite 411
Pasadena, CA 91101

A true and correct copy of the foregoing document described   **Summons and Notice of Status of Status Conference**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/27/2012** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  **1/27/2012**  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/27/2012 | Anyssa Rubio | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

**F 7004-1**

| In re: Renita ENDRELL Ferris-Norman | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:11-bk-46319-BR |

## SERVED BY NEF

Office of The United States Trustee
725 S. Figueroa St., Suite 2600
Los Angeles, CA 90017

## SERVED BY MAIL

John Stumpf
c/o Wells Fargo Bank
420 Montgomery St.
San Francisco, CA 94163

Wachovia Bank
301 S College Street, Ste. 150
Charlotte, NC 28202

JP Morgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 43240

James Dimon
c/o JP Morgan Chase Bank, N.A.
270 Park Ave
New York, NY 10017

Aurora Bank
1000 N. West St., Suite 200
Wilmington, Delaware 19801

US Bank, N.A.
425 Walnut Street
Cincinnati, OH 45202

Bank of America
555 California St.
San Francisco, CA 94104

Bank of America
101 S Tryon St
Charlotte, NC 28202

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 7004-1

| In re: Renita ENDRELL Ferris-Norman                Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:11-bk-46319-BR |
|---|---|

Chase Bank, N.A.
200 White Clay Center Dr.
Newark, Delaware 19711

Americas Servicing Co
c/o Pite Duncan, LLP
525 E. Main St.
PO Box 12289
El Cajon, CA 92022

American Express
c/o Becket & Lee
P.O. Box 3001
Malvern PA 19355

Americas Servicing Co.
Attention: Bankruptcy
PO Box 10328
Des Moines, IA 50306

Aurora Loan Services
Attn: Bankruptcy Dept.
PO Box 1706
Scottsbluff, NE 69363

Bank of America
1665 Scenic Ave., Ste. 200
Costa Mesa, CA 92626

Bank Of America, N.A.
450 American St
Simi Valley, CA 93065

Chase
Po Box 1093
Northridge, CA 91328

Chase Bank, N.A.
802 Delaware Avenue 8th Floor
Wilmington, DE 19801

Darryl Norman
10282 Humbolt Street
Los Alamitos, CA 90720

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 7004-1

| In re: Renita ENDRELL Ferris-Norman | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:11-bk-46319-BR |

ERC Collections, LLC
8014 Bayberry Rd
Jacksonville, FL 32258

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107

GC Services
6330 Gulfton St.
Houston, TX 77081

HSBC CREDIT SERVICES INC.
Retail Services
PO Box 15521
Wilmington, DE 19850-5521

IRS
PO BOX 21126
Philadelphia, PA 19114

Memorial Care Health System
PO Box 20894
Fountain Valley, CA 92728-0894

National City
PO Box 5570
Cleveland, OH 44101

Santander Consumer USA Inc.
PO Box 961245
Fort Worth, TX 76161

Security Credit Service
PO Box 1156
Oxford, MS 38655

Wachovia
Attn: Bankruptcy
4101 Wiseman Blvd
San Antonio, TX 78251

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 7004-1

| In re: Renita ENDRELL Ferris-Norman | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:11-bk-46319-BR |

Wells Fargo Bank, N.A.
Bankruptcy Department
3476 Stateview Blvd
X7801-014
Ft. Mill, SC 29715

William Drake
5271 Serville Circle,
La Palma, Ca 90623

SEC
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA  90036

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA  95812-2952

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*

F 7004-1

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (For Court Use Only) |
|---|---|

| PLAINTIFFS<br>RENITA ENDRELL FERRIS-NORMAN<br>10282 Humbolt Street<br>Los Alamitos, CA 90720 | DEFENDANTS<br>Americas Servicing Company, Aurora Loan Services, Bank of America, N.A., Chase Bank, N.A., National City, Santander Consumer USA, Inc., Wachovia Bank, William Drake, et al. |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Jeffrey V. Hernandez (SB 180165)<br>Ivan Lopez Ventura (SB 255743)<br>HERNANDEZ LEGAL GROUP<br>595 East Colorado Blvd., Suite 411<br>Pasadena, CA  91101<br>Telephone (626) 737-1305<br>Fax (888) 275-8329<br>jhernandez@hernandezlegalgroup.com | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>[X] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor    [ ] Other<br>[ ] Trustee | **PARTY** (Check One Box Only)<br>[ ] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[X] Creditor    [ ] Other<br>[ ] Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[X] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [ ] Check if this case involves a substantive issue of state law | [ ] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [ ] Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR<br>RENITA ENDRELL FERRIS-NORMAN || BANKRUPTCY CASE NO.<br>2:11-46319-BR |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Hon. Barry Russell |

| RELATED ADVERSARY PROCEEDING (IF ANY) |||
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

*/s/ Jeffrey V Hernandez*

Jeffrey V Hernandez 180165

| DATE<br>01/24/2012 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Ivan M. Lopez Ventura 255743 |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Jeffrey V. Hernandez (SB 180165)
Ivan Lopez Ventura (SB 255743)
HERNANDEZ LEGAL GROUP
595 East Colorado Blvd., Suite 411
Pasadena, CA  91101
Telephone (626) 737-1305
Fax (888) 275-8329
jhernandez@hernandezlegalgroup.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>RENITA FERRIS-NORMAN,<br><br>    Debtor,<br><br>------------------------------------<br><br>RENITA FERRIS-NORMAN,<br><br>    Plaintiff,<br><br>V.<br><br>Americas Servicing Company, Aurora Loan Services, Bank of America, N.A., Chase Bank, N.A., National City, Santander Consumer USA, Inc., Wachovia Bank, William Drake, et al.<br><br>    Defendant(s). | Case No.: **2:11-46319-BR**<br><br>Chapter **11**<br><br>ADV. Case No: **[TBD]**<br><br>**COMPLAINT FOR INJUCTIVE RELIEF PURSUANT TO 11 U.S.C. §105(a)**<br><br>DATE:  **[TBD]**<br>TIME:  **[TBD]**<br>CRTRM: **1668**<br>Floor:   16th<br>Address: 255 East Temple Street<br>         Los Angeles, CA 90012 |

Plaintiff RENITA FERRIS-NORMAN, Chapter 11 Debtor allege as follows:

## JURISDICTIONAL ALLEGATIONS

1. This adversary proceeding arises out of and is related to the above

COMPLAINT FOR INJUNCTIVE RELIEF

Main Document    Page 10 of 19

captioned Chapter 11 case of RENITA FERRIS-NORMAN, Case No.: 2:11-46319-BR, now pending in this United States Bankruptcy Court. Therefore this court has jurisdiction over this matter pursuant to 20 U.S.C.§§ 157, 1334, and General Order No.: 266 of the United States District Court for the Central District of California.

  2. Defendant herein have a claim against Plaintiff, as defined by 11 U.S.C. §101(5).

  3. The complaint, as set forth herein, involves the equity security holder relationship between the debtor and defendant(s), and as such, constitutes as "core" proceeding pursuant to 28 U.S.C. §157(b)(2).

  4. This is a proceeding to obtain an Injunction under Fed.R.Bank.P. 7065 and Fed.R.Civ.P. 65.

  5. Venue for this adversary proceeding is proper pursuant to 28 U.S.C. §1409(a).

## GENERAL ALLEGATIONS

  6. Plaintiff owns several parcels of real property commonly known as follows:

  a. 10282 Humbolt Street, Los Alamitos, CA 90720;
  b. 2111-2113 3rd Avenue, Los Angeles, CA 90003;
  c. 2037 Pine Hurst Lane, Hawthorne, CA 90250;
  d. 1110-1112 ½ West 42nd Street, Los Angeles, CA 90018;
  e. 2738 W. 94th Street Inglewood, CA 90305.
  f. 869 Jefferson Avenue, East Point, GA 30344
  g. 879 Jefferson Avenue, East Point, GA 30344

All the above properties are hereinafter collectively referred to as the "properties".

  7. These properties constitute the main assets of Plaintiff's business.

8. As of the date of the filing of the Chapter 11 bankruptcy case herein, the properties have an approximate fair market value as follows:

    a.    10282 Humbolt Street, Los Alamitos, CA 90720, $705,000.00

    b.    2111-2113 3rd Avenue, Los Angeles, CA 90003; $550,000.00

    c.    2037 Pine Hurst Lane, Hawthorne, CA 90250; $240,000.00

    d.    1110-1112 ½ West 42nd Street, Los Angeles, CA 90018; $220,000.

    e.    2738 W. 94th Street Inglewood, CA 90305; $300,000.00

    f.    869 Jefferson Avenue, East Point, GA 30344; $55,000.00

    g.    879 Jefferson Avenue, East Point, GA 30344 $55,000.00

8. Plaintiff filed the above-captioned Chapter 11 case on August 25, 2011.

9. Prior to filing the above-captioned Chapter 11 Plaintiff filed a Chapter 13 case on or about July 17, 2011, Case no. 8:11-bk-20038.

10. Due to the debts limitations imposed on Chapter 13 cases Plaintiff voluntarily dismissed her Chapter 13 case on or about August 14, 2011, to re-file for reorganization under the above-captioned Chapter 11.

11. The automatic stay was not continued within the 30 days limitation imposed by 11 U.S.C. § 362 (c).

12. Plaintiff would have been entitled to a continuance of the stay but for the lack of a timely order.

13. An injunction can issue when Plaintiff has demonstrated to the court the following: (1) substantial likelihood of success on the merits, (2) irreparable harm to the movant, (3) harm to the movant outweighs harm to the nonmovant, and (4) injunctive relief would not violate public interest. See **ML Barge Pool, 71 B.R. at 164; Sunbelt Savings Ass'n v. Truman, 95 B.R. 55, 57 (N.D.Tex.1988).**

14. Here Plaintiff seeks an injunction to be similarly situated to what she would have been but for the lack of compliance with the 30 days limitations set by 11 U.S.C. § 362 (c).

15. Had Plaintiff complied with the 30 days limitations set by 11 U.S.C. § 362(c) she would have been successful on the merits in seeking continuance of the automatic stay since this Chapter 11 was filed in good faith.

16. Plaintiff is seeking to reorganize her business and is proposing a good faith repayment plan to repay her creditors, and to preserve and improve the assets of the bankruptcy estate.

17. Moreover, Plaintiff's <u>voluntarily</u> dismissed her previous Chapter 13 case only because of the debts limitations imposed by 11 U.S.C. § 109(e) thus none of the presumptions of bad faith of 11 U.S.C. § 362(c) would apply here.

18. Plaintiff's properties are encumbered by Defendants liens.

19. Plaintiff also filed for Chapter 11 reorganization to protect her properties from foreclosure while she reorganizes her business since Plaintiff fell behind her mortgage payment obligations with the above lien holders.

20. Plaintiff will suffer irreparable harm if any of the above lien holders were permitted to foreclose on any of the above properties, before Plaintiff's Chapter 11 plan effects its reorganization purpose.

21. Plaintiff's Chapter 11 plan and business model would require all of her properties generate cash flow to be successful and effect its purpose, if any of the properties where to be foreclosed upon prior to Plaintiff's effective reorganization the reorganization plan would fail.

22. Moreover, any harm accruing to the secured lien holder creditors above due to the availability of section 105(a) is minimal because an injunction would issue since Plaintiff would have been entitled to a continuance of the stay but for the lack of a timely order.

23. Plaintiff's Chapter 11 plan provides for the adequate protection of all of the above security interest holders for each one of the above mentioned real properties.

24. Applying section 105(a), therefore, merely permits the court to do equity here where the circumstances justify such relief. Thus the harm to the movant outweighs the harm to the nonmovant.

25. Plaintiff's request for relief does not affect the general welfare of the general public and as such the injunctive relief requested would not violate public interest.

26. Declaration of Plaintiff debtor RENITA FERRIS-NORMAN is attached hereto.

## CLAIM FOR RELIEF

### [To Obtain Injunctive Relief Pursuant to 11 U.S.C. §105(a)]

27. Plaintiff realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 26, inclusive, as though fully set forth herein.

28. Pursuant to 11 U.S.C. §105(a), the Court may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title.

29. Pursuant to the majority opinion cited above an injunction may issue where the automatic stay is unavailing.

30. Here the debtor would have been entitled to a continuance of the automatic stay but for the lack of a timely order continuing the stay in this case.

31. As a result of the foregoing, Plaintiff's' is entitled to an order from the Court issuing an injunction against all of the above referenced creditors and <u>specifically</u> declares that all acts and/or collections efforts against any real property of the

bankruptcy estate and/or Plaintiff, as referenced above, are prohibited in the same manner prescribed by 11 U.S.C. §362.

WHEREFORE, Debtors' pray for the following:

1. That judgment be entered in favor of Plaintiffs and against Defendant issuing and injunction in favor of Plaintiff as described above, and;

2. For such other and further relief as this Court deems just and proper.

Date: 1/27/2012

Jeffrey V. Hernandez, Esq.

By: _____

Jeffrey V. Hernandez,

Attorney for the Plaintiff's

| In re: Renita ENDRELL Ferris-Norman                      Debtor(s). | CHAPTER 11 <br> CASE NUMBER 2:11-bk-46319-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

595 E. Colorado Blvd. Suite 411
Pasadena, CA 91101

A true and correct copy of the foregoing document described __Complaint for Injunctive Relief Pursuant to 11 U.S.C. § 105 (a)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/27/2012** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **1/27/2012** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/27/2012 | Anyssa Rubio | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

**F 9013-3.1**

| | |
|---|---|
| In re: **Renita ENDRELL Ferris-Norman**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:11-bk-46319-BR |

## SERVED BY NEF

Office of The United States Trustee
725 S. Figueroa St., Suite 2600
Los Angeles, CA 90017

## SERVED BY MAIL

John Stumpf
c/o Wells Fargo Bank
420 Montgomery St.
San Francisco, CA 94163

Wachovia Bank
301 S College Street, Ste. 150
Charlotte, NC 28202

JP Morgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 43240

James Dimon
c/o JP Morgan Chase Bank, N.A.
270 Park Ave
New York, NY 10017

Aurora Bank
1000 N. West St., Suite 200
Wilmington, Delaware 19801

US Bank, N.A.
425 Walnut Street
Cincinnati, OH 45202

Bank of America
555 California St.
San Francisco, CA 94104

Bank of America
101 S Tryon St
Charlotte, NC 28202

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

**F 9013-3.1**

| In re: Renita ENDRELL Ferris-Norman | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:11-bk-46319-BR |

Chase Bank, N.A.
200 White Clay Center Dr.
Newark, Delaware 19711

Americas Servicing Co
c/o Pite Duncan, LLP
525 E. Main St.
PO Box 12289
El Cajon, CA 92022

American Express
c/o Becket & Lee
P.O. Box 3001
Malvern PA 19355

Americas Servicing Co.
Attention: Bankruptcy
PO Box 10328
Des Moines, IA 50306

Aurora Loan Services
Attn: Bankruptcy Dept.
PO Box 1706
Scottsbluff, NE 69363

Bank of America
1665 Scenic Ave., Ste. 200
Costa Mesa, CA 92626

Bank Of America, N.A.
450 American St
Simi Valley, CA 93065

Chase
Po Box 1093
Northridge, CA 91328

Chase Bank, N.A.
802 Delaware Avenue 8th Floor
Wilmington, DE 19801

Darryl Norman
10282 Humbolt Street
Los Alamitos, CA 90720

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1

| In re: Renita ENDRELL Ferris-Norman | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:11-bk-46319-BR |

ERC Collections, LLC
8014 Bayberry Rd
Jacksonville, FL 32258

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107

GC Services
6330 Gulfton St.
Houston, TX 77081

HSBC CREDIT SERVICES INC.
Retail Services
PO Box 15521
Wilmington, DE 19850-5521

IRS
PO BOX 21126
Philadelphia, PA 19114

Memorial Care Health System
PO Box 20894
Fountain Valley, CA 92728-0894

National City
PO Box 5570
Cleveland, OH 44101

Santander Consumer USA Inc.
PO Box 961245
Fort Worth, TX 76161

Security Credit Service
PO Box 1156
Oxford, MS 38655

Wachovia
Attn: Bankruptcy
4101 Wiseman Blvd
San Antonio, TX 78251

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1

| In re: Renita ENDRELL Ferris-Norman | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:11-bk-46319-BR |

Wells Fargo Bank, N.A.
Bankruptcy Department
3476 Stateview Blvd
X7801-014
Ft. Mill, SC 29715

William Drake
5271 Serville Circle,
La Palma, Ca 90623

SEC
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1