Jeffrey V. Hernandez (180165)
Hernandez Legal Group
1000 East Walnut Street, Suite 233
Pasadena, CA 91106
(626) 737-1305 Office
(888) 275-8329 Fax
jhernandez@hernandezlegalgroup.com

Attorney for Debtor

UNITED STATES BANKRUPCTY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

RENITA ENDRELL FERRIS-NORMAN,

          Debtor.

) Case No.: 2:11-bk-46319-BR
)
) Chapter 11
)
) **NOTICE OF CLAIMS DEADLINE**
)
) DEADLINE Date: July 11, 2012

**TO THE COURT AND ALL INTERESTED PARTIES:**

**NOTICE OF CLAIMS DEADLINE**

The Bankruptcy Court has set a deadline of July 11, 2012 for creditors and holders of ownership interests in the above-referenced debtor to file proofs of claim against or proofs of

interest in the debtor's estate. The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executory contracts or unexpired leases; (2) claims of governmental units; and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is: (a) 30 days after the date of entry of the order authorizing the rejection, or (b) [repeat the bar date set for all other claims here], whichever is later.
For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the order for relief in this case, or (b) by [repeat the bar date set for all other claims here], whichever is later. 11 U.S.C. § 502(b)(9).
For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is: (a) 30 days after the entry of judgment avoiding the transfer, or (b) [repeat the bar date set for all other claims here], whichever is later.

If you are listed on the Schedules of Assets and Liabilities of RENITA ENDRELL FERRIS-NORMAN and your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is

1 | unnecessary if you agree that the amount scheduled is correct
2 | and that the category in which your claim or interest is
3 | scheduled (secured, unsecured, preferred stock, common stock,
4 | etc.) is correct. 11 U.S.C. § 1111(a).
5 |
6 | If your claim or interest is not listed on the schedules or is
7 | scheduled as disputed, contingent, unliquidated or unknown, or
8 | you disagree with the amount or description
9 | scheduled for your claim or interest, you must file a proof of
10 | claim or interest.
11 |
12 | Failure of a creditor or interest holder to file timely a proof
13 | of claim or interest on or before the deadline may result in
14 | disallowance of the claim or interest or subordination under the
15 | terms of a plan of reorganization without further notice or
16 | hearing. 11 U.S.C. § 502(b)(9). Creditors and interest holders
17 | may wish to consult an attorney to protect their rights.
18 |
19 | May 8, 2012
20 |
21 | HERNANDEZ LEGAL GROUP
22 |
23 | /s/ Jeffrey V. Hernandez
24 | JEFFREY V. HERNANDEZ
25 | Attorney for the Plaintiffs
26 |
27 |
28 |

NOTICE OF CLAIMS DEADLINE