Jeffrey V. Hernandez (SBN 180165)
Hernandez Legal Group, A.P.C.
1000 E Walnut St. Suite 233
Pasadena, CA 91106
(626) 737-1305 Office
(888) 275-8329 Fax

jhernandez@hernandezlegalgroup.com

Attorney for Debtor

**FILED & ENTERED**

MAY 16 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPCTY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>RENITA ENDRELL FERRIS-NORMAN,<br><br>            Debtor. | Case No.: 2:11-bk-46319-BR<br><br>Chapter 11<br><br>**ORDER CONFIRMING DEBTOR'S SEVENTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Date:  March 19, 2013<br>Time:  10:00 a.m.<br>Crtm:  1668<br>    US Bankruptcy Court<br>    255 E. Temple Street, 15th Floor<br>    Los Angeles, CA  90012 |

A hearing was held on March 19, 2013 at 10:00 a.m. in Courtroom 1668 of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, CA  90012, considering the matter of confirming the Debtor's Seventh Amended Chapter 11 Plan of Reorganization (the "Plan") filed by Debtor RENITA ENDRELL FERRIS-NORMAN (the "debtor") on January 18, 2013.  See docket Number 201, Debtor's Seventh Amended Chapter 11 Plan of Reorganization.

On March 7, 2013, an objection to the Plan was filed by U.S. Bank National Association's attorney Mr. Edward T. Webber.  On March 13, 2013, a response was filed by Debtor's attorney.

Appearances were made as noted on the record, but there were no appearances made by the objecting creditor or by Mr. Webber.

The Court having considered the Plan, the Debtor's previously filed Plan Confirmation Memorandum and Plan Ballot Summary, it having determined after hearing and notice that the requirements for confirmation as set forth in 11 U.S.C. Sections 1129(a) and (b) have been satisfied.

The Debtor has filed a modified Debtor's Seventh Amended Chapter 11 Plan of Reorganization to conform with the changes and interlineations required by the Court on March 13, 2013.

**IT IS HEREBY ORDERED that the Debtor's Seventh Amended Plan of Reorganization as filed on April 10, 2013 with the following modifications is confirmed:**

1. **That the Plan interlineate additional language stating that the discharge of the Chapter 11 case be concurrent with the entry of the final decree.**
2. **That the Plan add an additional class numbered 2a that will have monthly payments of the amortized amount of $393,904.42 over 30 years at annual interest of 6.875%.**
3. **That the Plan interlineate additional language as per the stipulation entered into by Debtor and Bank of America, NA.**

Date: May 16, 2013

_____
Barry Russell
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER CONFIRMING DEBTOR'S SEVENTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION** was entered on the date indicated as 04/30/2013 on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) 04/30/2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Jeffrey V Hernandez
Hernandez Legal Group, A.P.C.
1000 E Walnut St., Suite 233
Pasadena, CA 91106

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an _____ stamp, the party lodging the judgment or order will serve a complete copy bearing an _____ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

1 **SERVED BY MAIL**

3 American Express

4 c/o Becket & Lee

5 P.O. Box 3001

6 Malvern PA 19355

8 Americas Servicing Co

9 Attention:  Bankruptcy

10 PO Box 10328

11 Des Moines, IA 50306

13 Aston Pacific Monarch

14 c/o Business Dept.

15 2155 Kalakaua Ave. Suite 500

16 Honolulu, HW 19850-5521

18 Aurora Loan Services

19 Attn: Bankruptcy Dept.

20 PO Box 1706

21 Scottsbluff, NE 69363

23 Bank of America

24 1665 Scenic Ave., Ste. 200

25 Costa Mesa, CA 92626

27 Bank Of America, N.A.

28 450 American St

| | |
|---|---|
| 1 | Simi Valley, CA 93065 |
| 2 | |
| 3 | Chase |
| 4 | Po Box 1093 |
| 5 | Northridge, CA 91328 |
| 6 | |
| 7 | Chase Bank, N.A. |
| 8 | 802 Delaware Avenue 8th Floor |
| 9 | Wilmington, DE 19801 |
| 10 | |
| 11 | Darryl Norman |
| 12 | 10282 Humbolt Street |
| 13 | Los Alamitos, CA 90720 |
| 14 | |
| 15 | ERC Collections, LLC |
| 16 | 8014 Bayberry Rd |
| 17 | Jacksonville, FL 32258 |
| 18 | |
| 19 | First Premier |
| 20 | 3820 N Louise Ave |
| 21 | Sioux Falls, SD 57107 |
| 22 | |
| 23 | GC Services |
| 24 | 6330 Gulfton St. |
| 25 | Houston, TX 77081 |
| 26 | |
| 27 | HSBC CREDIT SERVICES INC. |
| 28 | Retail Services |

1. PO Box 15521
2. Wilmington, DE 19850-5521
3. 
4. IRS
5. PO BOX 21126
6. Philadelphia, PA 19114
7. 
8. Memorial Care Health System
9. PO Box 20894
10. Fountain Valley, CA 92728-0894
11. 
12. National City
13. PO Box 5570
14. Cleveland, OH 44101
15. 
16. Santander Consumer USA Inc.
17. PO Box 961245
18. Fort Worth, TX 76161
19. 
20. Security Credit Service
21. PO Box 1156
22. Oxford, MS 38655
23. 
24. Wachovia
25. Attn: Bankruptcy
26. 4101 Wiseman Blvd
27. San Antonio, TX 78251
28.

1  Wells Fargo Bank, N.A.
2  Bankruptcy Department
3  3476 Stateview Blvd
4  X7801-014
5  Ft. Mill, SC 29715
6
7  William Drake
8  5271 Serville Circle,
9  La Palma, Ca 90623
10
11 SEC
12 5670 Wilshire Blvd., 11th Floor
13 Los Angeles, CA  90036
14
15 Employment Development Department
16 Bankruptcy Group MIC 92E
17 P.O. Box 826880
18 Sacramento, CA  94280-0001
19
20 Franchise Tax Board
21 Attn: Bankruptcy
22 P.O. Box 2952
23 Sacramento, CA  95812-2952
24
25
26
27
28